RECEIVED
IN ALEXANDRIA, LA.

NOV 24 2009

TONY R. ___ CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DONALD SUBLET | : | DOCKET NO. 2:08-CV-1410 |
| VS. | : | JUDGE TRIMBLE |
| UNITED STATES OF AMERICA | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**IT IS ORDERED** that the government's Motion to Dismiss for Improper Venue be **GRANTED**.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 24th day of November, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE