RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 2/16/11
BY ___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DONALD SUBLET** | : | **DOCKET NO. 2:08-1410** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **USA** | : | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED, ADJUDGED AND DECREED** that the motion to dismiss (R. # 24) is hereby **GRANTED** dismissing with prejudice all claims of plaintiff against defendant, United States of America.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 16th day of February, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE